**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus GONZALEZ–MENDOZA, Defendant–Appellant.**

No. 09–50290.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 19, 2010.

Rebecca Suzanne Kanter, Assistant U.S., Southern District of California, San

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Diego, CA, for Plaintiff–Appellee.

Gregory Thomas Murphy, Esquire, Trial, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Jesus Gonzalez–Mendoza appeals from the 60–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and we affirm.

Gonzalez–Mendoza contends that the district court procedurally erred by failing to adequately explain the sentence and by not responding to his non-frivolous arguments in mitigation. The record reflects that the district court carefully considered the 18 U.S.C. § 3553(a) sentencing factors, including Gonzalez–Mendoza's arguments in mitigation, before concluding that the circumstances were insufficient to warrant a sentence below the one imposed. The district court did not procedurally err in fashioning the sentence. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

Gonzales–Mendoza also contends that the sentence imposed is substantively unreasonable because the prior aggravated felony conviction used to impose a 16–level enhancement to his base offense level was remote in time, unrelated to the instant offense, and already accounted for in his criminal history score. This argument lacks merit. *Cf. United States v. Amezcua–Vasquez,* 567 F.3d 1050, 1055–56 (9th Cir.2009); *see also United States v. Garcia–Cardenas,* 555 F.3d 1049, 1050 (9th Cir.2009) (per curiam). The sentence is substantively reasonable under the totality of the circumstances. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).